2014–0508.  **Ridgecar Co., L.L.C. v. Lorain Cty. Bd. of Revision.**
Lorain App. No. 2011–3755.

2014–0655.  **Chester/83, L.L.C. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2010–3322, 2011–4183, and 2011–4184.

2014–0656.  **Huntington Natl. Bank v. Kontos.**
Trumbull App. No. 2013–T–0089, 2014-Ohio-1374.

2014–0678.  **State ex rel. Tradesman Internatl. v. Indus. Comm.**
Franklin App. No. 13AP–122, 2014-Ohio-1064.

2014–0680.  **Fourteen Plus, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2010–913, 2011–3521, 2011–3570, and 2011–3571.

2014–0681.  **KDC–Victory Parkway, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–5143 and 2012–5145.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in the case shall file a brief within 40 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct. Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

2014–0292.  **Saturday v. Cleveland Bd. of Review.**
Board of Tax Appeals, No. 2011–4027.

# CASE ANNOUNCEMENTS

## *May 8, 2014*

[Cite as *05/08/2014 Case Announcements*, 2014-Ohio-1938.]

## MOTION AND PROCEDURAL RULINGS

2013–1504.  **Becker v. Bunting.**
In Habeas Corpus. This cause came on for further consideration upon petitioner's demand for monetary damages. It is ordered by the court that the demand is denied as moot.